UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUHAMMAD USMAN, *ET AL.*,                )
      Plaintiffs,                                )
                           )        No. 1:25-cv-910
v.                                                         )
                           )        Honorable Paul L. Maloney
KRISTI NOEM, *ET AL.*,                      )
      Defendants.                              )
                                                            )

## JUDGMENT

In accordance with the opinion and order entered on this date, and pursuant to Fed.

R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 21, 2026                          /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge